**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | |
|---|---|
| In re: **Rayburn, Thomas L.** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| Debtor(s) | ☐ **The presumption arises** |
| Case Number: _____ | ☐ **The presumption does not arise** |
| (If known) | ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>         ☐ I remain on active duty /or/ <br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>         **OR** <br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ <br> b. Ordinary and necessary business expenses $ <br> c. Business income   Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ <br> b. Ordinary and necessary operating expenses $ <br> c. Rent and other real property income   Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ | | |
| | b. | $ | | |
| | Total and enter on Line 10 | | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____ b. Enter debtor's household size: ____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. | |
| | ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. | |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

$ (Line 19B)

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$ (Line 20B)

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | |
| | | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | |
| | | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | | | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | | | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | | | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | | | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance $ <br> b. Disability Insurance $ <br> c. Health Savings Account $ <br><br> Total and enter on Line 34 <br><br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br><br> $ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | **Subpart C: Deductions for Debt Payment** |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no | |
| b. | | | $ | ☐ yes ☐ no | |
| c. | | | $ | ☐ yes ☐ no | |
| | | | Total: Add lines a, b and c. | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| b. | | | $ | |
| c. | | | $ | |
| | | Total: Add lines a, b and c. | | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|

**Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.

| 56 | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** | |
|---|---|---|

I declare under penalty of perjury that the information provided in this statement is true and correct. (*If this a joint case, both debtors must sign.*)

57

Date: **September 24, 2009**   Signature: **/s/ Thomas L. Rayburn**

(Debtor)

Date: _____   Signature: _____

(Joint Debtor, if any)

B1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rayburn, Thomas L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1801** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**709 S See Gwun Avenue**<br>**Mount Prospect, IL**<br>　　　　　　　　　　　　　ZIPCODE **60056** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>　　　　　　　　　　　　　ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>　　　　　　　　　　　　　ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　　　　　　　　ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**709 S See Gwun, Mount Propsect, IL**
　　　　　　　　　　　　　ZIPCODE **60056**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."　☑ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rayburn, Thomas L.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)                    Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                 Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Rayburn, Thomas L.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas L. Rayburn**
 _____  **Thomas L. Rayburn**
Signature of Debtor

X _____
Signature of Joint Debtor

**(708) 429-6644**
Telephone Number (If not represented by attorney)

**September 24, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Timothy J. McGonegle**
 _____
Signature of Attorney for Debtor(s)

**Timothy J. McGonegle**
**Schain, Burney, Ross & Citron**
**222 North LaSalle Street, Suite 1910**
**Chicago, IL  60601-1102**
**(312) 332-0200  Fax: (312) 332-4514**
**tmcgonegle@schainlaw.com**

**September 24, 2009**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

**Rayburn, Thomas L.**                                                    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Thomas L. Rayburn** _____

Date: **September 24, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 02114-ILN-CC-008053588

# **<u>CERTIFICATE OF COUNSELING</u>**

I CERTIFY that on <u>08/16/09</u>, at <u>11:44</u> o'clock <u>PM EST</u>, <u>THOMAS L RAYBURN</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>   by Internet .</u>

Date: <u>08-18-2009</u>          By     <u>/s/DONITA ENGLAND</u>

                              Name    <u>DONITA ENGLAND</u>

                              Title    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Rayburn, Thomas L. _____    Chapter **7** _____
                                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,500.00 | | |
| B - Personal Property | Yes | 3 | $ 32,127.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 30,487,419.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $ 2,898,795.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,422.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 9,665.00 |
| | TOTAL | 37 | $ 34,627.04 | $ 33,386,214.91 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Rayburn, Thomas L. _____    Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Rayburn, Thomas L.**                                                                      Case No. _____
_____
            Debtor(s)                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **709 South See Gwun, Mount Prospect, IL** <br> **Debtor co-obligor on mortgage, not on title** | | **W** | **0.00** | **782,831.00** |
| **Marriot Timeshare** <br> **Joint tenancy interest with wife, non-debtor** | **JTWROS** | **J** | **2,500.00** | **250.00** |
| | | | **TOTAL**    **2,500.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Rayburn, Thomas L.**                                                    Case No. _____
_____
Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint checking account 070500396 MB Financial Bank** | J | **2,226.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Wedding band and watch** | | **250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **3 used shotguns** | H | **750.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Commonwealth Variable Life Policy V063708300** | H | **681.07** |
| | | **Met Life Variable Uniersal Policy 204146666UM** | H | **4,523.02** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **American Funds 401(k) Raycorp Retirement Plan** | H | **13,233.00** |
| | | **New England Financial IRA Account 4400534026** | H | **2,541.95** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1% interest in Raycorp-Champaign, LLC** | H | **0.00** |
| | | **1% interest in Villas at the Preserve, LLC** | H | **0.00** |
| | | **100% interest in Raycorp, Inc.** | H | **0.00** |
| | | **100% interest in TLR, Inc. Voluntary Dissolution** | H | **0.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 185 shares Red Hat Inc. stock $10,997.78 | H | 2,194.00 |
| | | 25% interest in Interstate Development LLC (LA) Debtor is owner of 25 units (25%) Uncondition and Continuing Guaranty to Bancorpsouth Bank (MI) Released 12/31/2008 | H | 0.00 |
| | | 33% interest in Kagar, LLC | H | 850.00 |
| | | 35% interest in Champaign Investments, LLC (VA) | H | 0.00 |
| | | 45% interest in Minooka Towne Center, LLC Lapsed, no activity | H | 0.00 |
| | | 50% interest in Agrirec Land Company, LLC Debtor is Manager/Member of entity | H | 0.00 |
| | | 50% interest in RT Homes, LLC | H | 0.00 |
| | | 8.000 DRS shares Allstate Corporation 93/100 IPO shares @ $27/share 1990 | H | unknown |
| | | 39% partner in Browns Mill Partnership (TN) | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Illinois state tax refund | J | 1,203.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Auctioneer's license Real estate broker's license | H H | unknown unknown |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) Cont.

IN RE **Rayburn, Thomas L.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Honda ATV** | H | 2,575.00 |
| | | **ATV trailer** | H | 100.00 |
| 26. Boats, motors, and accessories. | | **16 ft johnboat with trailer, no motor** | H | 1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **32,127.04** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Rayburn, Thomas L.**
_____     Case No. _____
          Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Marriot Timeshare** **Joint tenancy interest with wife, non-debtor** | **735 ILCS 5 §12-901** | **2,500.00** | **2,500.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Joint checking account 070500396** **MB Financial Bank** | **735 ILCS 5 §12-1001(b)** | **2,226.00** | **2,226.00** |
| **Wedding band and watch** | **735 ILCS 5 §12-1001(b)** | **250.00** | **250.00** |
| **3 used shotguns** | **735 ILCS 5 §12-1001(b)** | **750.00** | **750.00** |
| **Commonwealth Variable Life Policy** **V063708300** | **735 ILCS 5 §12-1001(h)(3)** | **681.07** | **681.07** |
| **Met Life Variable Uniersal Policy** **204146666UM** | **215 ILCS 5 §238** | **4,523.02** | **4,523.02** |
| **American Funds 401(k) Raycorp** **Retirement Plan** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **13,233.00** | **13,233.00** |
| **New England Financial IRA Account** **4400534026** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **2,541.95** | **2,541.95** |
| **185 shares Red Hat Inc. stock** **$10,997.78** | **735 ILCS 5 §12-1001(b)** | **226.00** | **2,194.00** |
| **2005 Honda ATV** | **735 ILCS 5 §12-1001(c)** | **2,575.00** | **2,575.00** |
| **ATV trailer** | **735 ILCS 5 §12-1001(c)** | **100.00** | **100.00** |
| **16 ft johnboat with trailer, no motor** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Rayburn, Thomas L.**                                    Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Alfred N. Koplin<br>C/O Hinsdale Management Corp.<br>21 Spinning Wheel Road<br>Hinsdale, IL  60521** | | H | **Collateral Assignment of Membership Interest and Security Agreement, to Second Mortgage and Security Agreement, Loan Agreement and Promissory Note for Villas at the Preserve LLC 6-10-2005**<br><br>VALUE $ | | | | 710,000.00 | 710,000.00 |
| ACCOUNT NO. <br><br>**Alfred N. Koplin<br>C/O Hinsdale Management Corp.<br>21 Spinning Wheel Road<br>Hinsdale, IL  60521** | | | **Collateral Assignment of 100% membership interest in Raycorp Management, LLC, 33% interest in Kagar, LLC, 30% interest in Champaign Investments LLC, Security Agreement, to Second Mortgage and Security Agreement, Loan Agreement and Promissory Note for real property commonly known as Northeast corner of Ridge and Brannick Roads, Minooka, IL 60447 PIN 03-12-100-005**<br><br>VALUE $ | | | | 300,000.00 | 300,000.00 |
| ACCOUNT NO. 5100073054 <br><br>**Astoria Federal Savings<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL  60047-8924** | | J | **Co-obligor on First Mortgage, 709 South See Gwun, Mount Prospect, IL debtor not on title 6/13/2009**<br><br>VALUE $ | | | | 455,000.00 | 455,000.00 |
| ACCOUNT NO. 830000545609 <br><br>**BancorpSouth Bank<br>120 Colony Crossing<br>Madison, MS  39110** | | H | **April 12, 2008 Unconditional and Continuing Guaranty for Interstate Development, LLC**<br><br>VALUE $ | | | | unknown | |

_____ **3** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **1,465,000.00** | $ **1,465,000.00** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> **Bank Of America** <br> **C/O Scott E. Jensen** <br> **101 N. Wacker Drive, Suite 101** <br> **Chicago, IL 60606** | | H | **Guaranty of Payment and Completion on Acquisition and Development Note $4,650,000, Revolving Construction Note $3,500,000, Letter of Credit Note $1,400,000 of Raycorp, Inc.6/10/2005** <br> VALUE $ | | | | 9,550,000.00 | 9,550,000.00 |
| ACCOUNT NO.  <br> **Bank Of America** <br> **Evans, Froehlich, Beth & Chamley** <br> **44 Main Street, Suite 310** <br> **Champaign, IL 61820** | | H | Guaranty of Payment and Completion on March 31, 2006 Acquisition and Development Promissory Note $2,800,000 Raycorp-Champaign LLC March 31, 2006 Revolving Construction Not $3,750,000, Letter of Credit Note $700,000 Raycorp-Champaign, LLC <br> VALUE $ | | | | 7,250,000.00 | 7,250,000.00 |
| ACCOUNT NO. 37-0532590 <br> **Centrue Bank** <br> **310 S Schuyler** <br> **P.O. Box 552** <br> **Kankakee, IL 60901** | | H | **Personal Guarantee of Stonegate, LLC Loan and Escrow balance** <br> VALUE $ | | | | 1,041,365.00 | 1,041,365.00 |
| ACCOUNT NO. 00412530086774 <br> **Chase Bank USA N.A.** <br> **P.O. Box 15077** <br> **Wilmington, DE 19850-5077** | | H | **Co-obligor on home equity line 709 South See Gwun Avenue, Mount Prospect, IL debtor not on title** <br> VALUE $ | | | | 327,831.00 | 327,831.00 |
| ACCOUNT NO. 412530086774 <br> **Chase Home Finance LLC** <br> **3415 Vision Drive** <br> **Columbus, OH 43219** | | H | **Home equity loan 12/2006** <br> VALUE $ | | | | 334,700.00 | 334,700.00 |
| ACCOUNT NO. 65041776 <br> **Citibank Data Systems Incorporated** <br> **100 Citibank Drive** <br> **San Antonio, TX 78245** | | H | **Personal Guarantor of Line of Credit to Raycorp, Inc. 1/17/2005** <br> VALUE $ | | | | 20,000.00 | 20,000.00 |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 18,523,896.00   $ 18,523,896.00

Total (Use only on last page) $          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Conlon Capital LLC<br>222 North LaSalle Street, Lobby Level<br>Chicago, IL  60601 | | H | Mortgage, Security Agreement, Fixture Filing and Assignment of Leases and Rents dated March 31, 2006 by Raycorp-Champaign, LLC secured by Lot 1 of the Villas at Ashland Farm Subdivision, Champaign County, IL<br>PIN 41-14-36-100-005<br><br>VALUE $ | X | | | 2,225,000.00 | 2,225,000.00 |
| ACCOUNT NO.<br><br>Conlon Capital LLC<br>222 North LaSalle Street, Lobby Level<br>Chicago, IL  60601 | | H | UCC-1 filed 4/3/2006 for Debtor's interest in membership interest in Raycorp-Champaign, LLC<br><br>VALUE $ | X | | | unknown | |
| ACCOUNT NO.<br><br>Connaught Mezzanine Fund, L.P.<br>222 North LaSalle Street, Sutie 210<br>Chicago, IL  60601 | | H | UCC-1 Amendment to 10811422 dated 4/3/2006 in name of Connaught Real Estate Finance LLC<br><br>VALUE $ | X | | | unknown | |
| ACCOUNT NO.<br><br>Connaught Real Estate Finance LLC<br>222 North LaSalle Street, Suite 210<br>Chicago, IL  60601 | | H | UCC-1 Amendment filed 8/14/2006 for Conlon Capital LLC  initial filing date 4/3/2006 to new creditor Connaught Real Estate Finance LLC<br><br>VALUE $ | X | | | unknown | |
| ACCOUNT NO. 622079<br><br>Dewey Land, LLC<br>16345 South Harlen Avenue, Suite 4SW<br>Tinley Park, IL  60477 | | H | Guaranty of Payment of Promissory Note to Cubs Win L.P. May 20, 2008 for real property commonly known as Northeast corner of Ridge and Brannick Roads, Minooka, IL 60447 PIN 03-12-100-005<br>Additional $110,273.53 accrued interest<br><br>VALUE $ | | | | 253,273.53 | 253,273.53 |
| ACCOUNT NO. 3105100073054<br><br>Dovenmuehle Mortgage<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL  60047 | | H | Mortgage 6/2006<br><br>VALUE $ | | | | 455,000.00 | 455,000.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **2,933,273.53**    $ **2,933,273.53**

Total
(Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0905541975-00026** <br><br>**Fifth Third Bank** <br>**1701 Golf Road Tower - Seventh Floor** <br>**Rolling Meadows, IL  60008** | | H | **Continuing Guarantee Agreement of Raycorp, Inc. on Revolving Note, Commercial Loan** <br>**Pledge Agreement of Raycorp, Inc. stock** <br>**September 18, 2006** <br><br>VALUE $ | | | | **295,000.00** | **295,000.00** |
| ACCOUNT NO. **1230** <br><br>**Marriott Ownership** <br>**1200 US Highway 98 S Ste** <br>**Lakeland, FL  33801** | | J | **2/2000** <br>**Final payment 9/2/2009** <br><br><br>VALUE $ **2,500.00** | | | | **250.00** | |
| ACCOUNT NO. <br><br>**S.C. Villas, LLC** <br>**75 Beattie Place** <br>**Greenville, SC  29061** | | H | **UCC-1 filed 1/14/2005 of Debtor's interest in Raycorp, Inc's membership interest in SC Villas, LLC (SC) to secure Promissory Note $840,000** <br><br>VALUE $ | | | | **840,000.00** | **840,000.00** |
| ACCOUNT NO. **622079** <br><br>**Stategic Capital Bank** <br>**2215 York Road, Suite 414** <br>**Oak Brook, IL  60523-2335** | | H | **Debtor's Commercial Guaranty and Thomas L. Rayburn Trust's Commercial Guaranty of May 21, 2008 Promissory Note of Dewey Land, LLC, Mortgage on real property commonly known as Northeast corner of Ridge and Brannick Roads, Minooka, IL 60447 PIN 03-12-100-005** <br><br>VALUE $ | | | | **6,430,000.00** | **6,430,000.00** |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **7,565,250.00**   $ **7,565,000.00**

Total
(Use only on last page)   $ **30,487,419.53**   $ **30,487,169.53**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Rayburn, Thomas L.**                                                        Case No. _____
_____
Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Rayburn, Thomas L.

_____    Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A.W. OPEL Plumbing Company**<br>**10049 S. Mande, Unit A**<br>**Plainfield, IL  60585-8780** | | H | **Potential Guarantor Liability Stonegate, LLC** | X | | | **4,562.00** |
| ACCOUNT NO.<br><br>**Adkisson Construction, Inc.**<br>**206 N. Parke St.**<br>**Tuscola, IL  61953** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC** | X | | | **1,059.80** |
| ACCOUNT NO.<br><br>**Alcom Aluminum Components**<br>**31 Industrial Road**<br>**Addison, IL  60101** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC** | X | | | **453.80** |
| ACCOUNT NO.<br><br>**Allied Waste Services #729**<br>**P.O. Box 9001154**<br>**Louisville, KY  40290-1154** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC** | X | | | **2,058.90** |

__22__ continuation sheets attached

Subtotal (Total of this page)    $ 8,134.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
_____Debtor(s)_____                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ameren** <br> **P.O. Box 66884** <br> **St. Louis, MO  63166** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 4,584.94 |
| ACCOUNT NO. 3767-307931-41001 <br> **American Express** <br> **P.O. Box 36002** <br> **Fort Lauderdale, FL  33336-0002** | | H | **Guarantor of corporate credit card Raycorp, Inc.** | X | | | 25,751.83 |
| ACCOUNT NO. 3715-443992-31008 <br> **American Express** <br> **P.O. Box 36002** <br> **Fort Lauderdale, FL  33336-0002** | | H | **Guarantor of corporate credit card Raycorp, Inc.** | X | | | 12,119.38 |
| ACCOUNT NO. 3727-105237-12002 <br> **American Express** <br> **P.O. Box 36002** <br> **Fort Lauderdale, FL  33336-0002** | | H | **Guarantor of corporate credit card, Raycorp, Inc.** | X | | | 4,309.91 |
| ACCOUNT NO. <br> **American Fence And Deck Designers** <br> **1909 S. Briggs Street** <br> **Joliet, IL  60433** | | H | **Potential Guarantor Liability of Raycorp (VMW).** | X | | | 2,090.22 |
| ACCOUNT NO. <br> **American International Companies** <br> **22427 Network Place** <br> **Chicago, IL  60673** | | H | **Potential Guarantor Claim of Raycorp.** | X | | | 0.00 |
| ACCOUNT NO. <br> **American National Insulation** <br> **1401 W. Ardmore Avenue** <br> **Itasca, IL  60143** | | H | **Potential Guarantor Claim of Raycorp-Champaign, LLC.** | X | | | 4,088.50 |

Sheet no. ___**1**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 52,944.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American National Services**<br>**1401 W. Ardmore Avenue**<br>**Itasca, IL  60143** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC.** | X | | | 1,340.00 |
| ACCOUNT NO.<br>**American Pride Plumbing Heating AC Inc.**<br>**2201 S. Cottonwood Road**<br>**Urbana, IL  61802** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 7,960.60 |
| ACCOUNT NO.<br>**ANB Communications**<br>**15501 West Lakeview Drive**<br>**Manhattan, IL  60442** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 800.00 |
| ACCOUNT NO.<br>**Andrew Palmquist**<br>**3815 Gray Fox Run**<br>**Rockford, IL  61114** | | H | **Non-Transferable Note May 25, 2006** | | | | 250,000.00 |
| ACCOUNT NO.<br>**Architectural Spectrum, LLC**<br>**201 W. Springfield Ave. P.O. Box 140**<br>**Champaign, IL  61824** | | H | **Potential Guarantor Liability of Raycorp (VWM).** | X | | | 3,225.75 |
| ACCOUNT NO.<br>**Architectural Spectrum, LLC**<br>**201 W. Springfield Ave. P.O. Box 140**<br>**Champaign, IL  61824** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 3,145.17 |
| ACCOUNT NO. **217 355-0323 890 2**<br>**AT&T**<br>**AT&T Bill Payment Center**<br>**Saginaw, MI  48663** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 258.60 |

Sheet no. __**2**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **266,730.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____  Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **217 355-9640 677 0**<br>**AT&T**<br>**AT&T Bill Payment Center**<br>**Saginaw, MI 48663** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | **548.99** |
| ACCOUNT NO. **5490-9955-2908-3526**<br>**Bank Of America**<br>**4060 Ogletown Stan**<br>**Mail Code DES-019**<br>**Newark, DE 19713** | | H | **Credit Card 12/2001** | | | | **0.00** |
| ACCOUNT NO.<br>**Blake Hepner**<br>**C/O Hardt, Stern & Kayne, P.C.**<br>**2610 Lake Cook Road, Suite 200**<br>**Riverwoods, IL 60015** | | H | **Non-Transferable Note 7/1/2004** | | | X | **180,000.00** |
| ACCOUNT NO.<br>**Boss Construction Inc.**<br>**1904 Garnet Drive Unit D**<br>**New Lenox, IL 60451** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | **1,850.60** |
| ACCOUNT NO.<br>**Bradco Excavating**<br>**17750 Sweitzer Rd.**<br>**Elwood, IL 60421** | | H | **Potential Guarantor Liability of Villas at the Preserve.** | X | | | **695.00** |
| ACCOUNT NO.<br>**Bradco Excavating**<br>**17750 Sweitzer Rd.**<br>**Elwood, IL 60421** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | **1,715.00** |
| ACCOUNT NO.<br>**Builder Homesite, Inc.**<br>**11900 RR 620**<br>**North Austin, TX 78750** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | **300.00** |

Sheet no. **3** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **185,109.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
                  Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Builder's Heating, Inc.** <br> **4633 W 138th Street** <br> **Crestwood, IL  60445** | | H | **Potential Guarantor Liability of Stonegate, LLC.** | X | | | 4,200.00 |
| ACCOUNT NO. <br> **Builder's Heating, Inc.** <br> **4633 W 138th Street** <br> **Crestwood, IL  60445** | | H | **Potential Guarantor Liability of Heritage Club Villas, LLC.** | X | | | 1,950.00 |
| ACCOUNT NO. <br> **Builder's Heating, Inc.** <br> **4633 W 138th Street** <br> **Crestwood, IL  60445** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 13,653.00 |
| ACCOUNT NO. <br> **Builder's Heating, Inc.** <br> **4633 W 138th Street** <br> **Crestwood, IL  60445** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC.** | X | | | 4,198.00 |
| ACCOUNT NO. <br> **Builders Insulation** <br> **P.O. Box 40** <br> **MacFarland, WI  53558** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 2,835.50 |
| ACCOUNT NO. <br> **Cal-Sag Plumbing, Inc.** <br> **9418 Corsair Road, Units B & C** <br> **Frankfort, IL  60423** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC.** | X | | | 3,702.40 |
| ACCOUNT NO. <br> **Callagan Paving** <br> **7000 Frontage Road** <br> **Burr Ridge, IL  60527** | | H | **Potential Guarantor Liability of Raycorp (VMW).** | X | | | 15,141.61 |

Sheet no. **4** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
         (Total of this page)  $  **45,680.51**

                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                            Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **023605**<br><br>**CDS Office Technologies**<br>**P.O. Box 3566**<br>**Springfield, IL  62708** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 23.43 |
| ACCOUNT NO.<br><br>**Centennial Carpentry**<br>**1275 Knollwood Circl**<br>**Crystal Lake, IL  60014** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC.** | X | | | 534.00 |
| ACCOUNT NO.<br><br>**Champaign County Collector**<br>**P.O. Box 9**<br>**Urbana, IL  61803** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 20,989.50 |
| ACCOUNT NO. **4388-5760-2263-4763**<br><br>**Chase Bank USA N.A.**<br>**P.O. Box 15077**<br>**Wilmington, DE  19850-5077** | | J | **Credit Card** | | | | 6,551.00 |
| ACCOUNT NO. **4366-1630-4282-7143**<br><br>**Chase/Bank One Card Services**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | H | **Credit card 6/1988** | | | | 0.00 |
| ACCOUNT NO. **4388-5760-2263-4763**<br><br>**Chase/Bank One Card Services**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | H | **Credit card 4/1993** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Chicago Title Insurance Company**<br>**201 North Neil Street**<br>**Champaign, IL  61820** | | H | **Potential Guarantor Liability of Raycorp-Champaign, LLC.** | X | | | 80.00 |

Sheet no. **5** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **28,177.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rayburn, Thomas L.

Debtor(s)                    Case No. _____

_____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Colbert, Younker & Company, P.C.<br>Certified Public Accountants<br>20180 Governors Highway , Suite 308<br>Olympia Fields, IL  60461 | | H | Potential Guarantor Liability Heritage Club Villas, LLC. | X | | | 0.00 |
| ACCOUNT NO.<br>Coldwell Banker Commercial Devonshire<br>201 W. Springfield Ave. P.O. Box 140<br>Champaign, IL 61824 | | H | Potential Guarantory Liability of Raycorp-Champaign, LLC. | X | | | 280.00 |
| ACCOUNT NO.<br>Connaught Real Estate Finance LLC<br>222 North LaSalle Street, Suite 210<br>Chicago, IL  60601 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 24,029.00 |
| ACCOUNT NO.<br>Contractor Services Of Illinois<br>1655 N. Main Street<br>Morton, IL 61550 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 3,350.22 |
| ACCOUNT NO.<br>Cornerstone Architects, Ltd. Inc.<br>1152 Spring Lake Drive<br>Itasca, IL 60143 | | H | Potential Guarantor Liability of Raycorp. | X | | | 20,278.00 |
| ACCOUNT NO.<br>Countertop Of Bloomington, Inc.<br>701 E. Lincoln Street<br>Bloomington, IL  61701 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 728.39 |
| ACCOUNT NO.<br>Crowley Barrett & Karaba LTD<br>20 S. Clark, Suite 2310<br>Chicago, IL  60603 | | H | Potential Guarantor Liability of Raycorp. | X | | | 2,308.25 |

Sheet no. **6** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,973.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Rayburn, Thomas L.__                                    Case No. _____
        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>D/S2 Advertising Group, Inc.<br>10624 Great Egret Dr.<br>Orland Park, IL  60467 | | H | Potential Guarantor Liability of Villas at the Preserve. | X | | | 4,315.20 |
| ACCOUNT NO.<br><br>Dean A. Wenz Architects, Inc.<br>2463 E. Main Street<br>Bexley, OH  43209 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 141,810.73 |
| ACCOUNT NO.<br><br>Dennis Madigan Construction<br>141 Bush Drive<br>Elwood, IL  60421 | | H | Potential Guarantor Liability of Raycorp (VWM). | X | | | 748.50 |
| ACCOUNT NO.<br><br>DJA Dave Johnson & Associates, LTD.<br>323 S. Hale Street<br>Wheaton, IL  60187 | | H | Potential Guarantor Liability of Villas at the Preserve, LLC. | X | | | 7,762.50 |
| ACCOUNT NO.<br><br>Donavin Support Services<br>23 Sand Lake Road<br>Monticello, IL  61856 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 604.00 |
| ACCOUNT NO.<br><br>Environmental Solutions, Inc.<br>435 West Oakdale Avenue Suite 3E<br>Chicago, IL  60657 | | H | Potential Guarantor Liability of Raycorp. | X | | | 1,900.00 |
| ACCOUNT NO.<br><br>Epcon (EPMARK, Inc.)<br>500 Stonehenge Parkway<br>Dublin, OH  43017 | | H | Potential Guantor Liability of Raycorp. | X | | | 30,875.00 |

Sheet no. __7__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  188,015.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Large Market Franchise** <br> **Epcon Communities Franchising** <br> **500 Stonehenge Parkway** <br> **Dublin, OH  43017** | | H | **Personal Guaranty on Raycorp, Inc., Note, 7/31/2007 through 7/31/2008 Large Market Franchise Agreement Fees** | | | | 159,125.00 |
| ACCOUNT NO. **09 CVH 5 7797** <br> **Evans, Mechwart, Hambleton & Tilton Inc** <br> **Burman & Robinson** <br> **601 South High Street** <br> **Columbus, OH  43215** | | H | **Evans, Mechwart, Hambleton & Tilton, Inc. v. Raycorp, Inc., Champaign Investments, LLC No. 09 CVH 5 7797 Common Please Court of Franklin County, Ohio** | X | | | 111,479.90 |
| ACCOUNT NO. **2210-2850-3** <br> **FED EX** <br> **P.O. Box 94515** <br> **Palatine, IL  60094** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 28.96 |
| ACCOUNT NO. **0905541975-00026** <br> **Fifth Third Bank** <br> **1701 Golf Road Tower - Seventh Floor** <br> **Rolling Meadows, IL  60008** | | H | **Potential Guarantor Liability Raycorp.** | X | | | 3,871.88 |
| ACCOUNT NO. <br> **First Midwest Bank** <br> **Accounts Receivable P.O. Box 4169** <br> **Itasca, IL  60143** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 4,545.00 |
| ACCOUNT NO. <br> **Flooring Surfaces, Inc.** <br> **401 E. Mercury** <br> **Champaign, IL  61822** | | H | **Potential Guarantor Liability Raycorp-Champaign, LLC.** | X | | | 23,884.20 |
| ACCOUNT NO. <br> **Fort Poli Millwork** <br> **10203 W. 191st St.** <br> **Mokena, IL  60448** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | 7,716.49 |

Sheet no. __**8**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **310,651.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gale Insulation<br>P.O. Box 217<br>Lake Village, IN  46349 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 481.36 |
| ACCOUNT NO.<br>GE Appliances<br>440 Quadrangle Drive<br>Bolingbrook, IL  60440 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 1,934.07 |
| ACCOUNT NO. 6011-3610-4487-9542<br>GEMB/Sam's Club Duel Card<br>P.O. Box 981416<br>El Paso, TX  79998 | | H | Credit card 3/2005 | | | | 148.00 |
| ACCOUNT NO.<br>Gire Roofing & Construction<br>101 N. Sycamore St.<br>Villa Grove, IL  61956 | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 600.00 |
| ACCOUNT NO.<br>Hampton's Kitchen Appliances<br>7605 N. University<br>Peoria, IL  61614 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 3,665.47 |
| ACCOUNT NO.<br>Hamptons Kitchen Appliances<br>7605 N. University<br>Peoria, IL  61614 | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 3,486.99 |
| ACCOUNT NO.<br>HDC Engineering<br>201 W. Springfield, 3rd Floor PO Box 140<br>Champaign, IL  61824 | | H | Potential Guarantor Liability of Raycorp-Champaign, LLC. | X | | | 2,600.00 |

Sheet no. **9** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **12,915.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____   Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hoy Landscaping**<br>**7459 Franklin**<br>**Forest Park, IL  60130** | | H | **Potential Guarantor Liability of Raycorp (VMW).** | X | | | 2,350.00 |
| ACCOUNT NO.<br>**Hoy Landscaping**<br>**7459 Franklin**<br>**Forest Park, IL  60130** | | H | **Potential Guarantor Liability of Villas at the Preserve, LLC.** | X | | | 18,597.01 |
| ACCOUNT NO. **07 M5 2396**<br>**I.N.R. Beatty Lumber Co.**<br>**C/O Eric M. Johnson, P.C.**<br>**P.O. Box 6195**<br>**Elgin, IL  60121-6195** | | H | **6/5/2009 judgment Raycorp, Inc., and Thomas L. Rayburn** | X | | X | 78,608.21 |
| ACCOUNT NO.  **0119415784**<br>**Ice Mountain**<br>**2767 E. Imperial Hwy**<br>**Brea, CA  92821** | | H | **Potential Guarantor liability of Raycorp.** | | | | 39.05 |
| ACCOUNT NO. **377CHA**<br>**IDSCO**<br>**309 Tiffany Ct.**<br>**Champaign, IL  61822** | | H | **Potential Guarantor liability of Raycorp Inc.** | X | | X | 8,178.27 |
| ACCOUNT NO.<br>**Illinois American Water**<br>**P.O. Box 5127**<br>**Carol Stream, IL  60197** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 114.80 |
| ACCOUNT NO.<br>**Illinois Portable Toliets**<br>**1009 Boyden**<br>**Urbana, IL  61802** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 300.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __**10**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **108,187.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**
_____   Case No. _____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Imperial Roofing & Construction<br>1132 Collins Street<br>Joliet, IL 60432** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 600.00 |
| ACCOUNT NO.<br><br>**Insulation Dearlers & Supply Company<br>Wagner, Falconer & Judd, Ltd.<br>325 North Corporate Drive, Suite 100<br>Brookfield, WI 53045** | | H | Raycorp, Inc.<br>Demand for payment 6/5/2009<br>Alleged personal guarantee of debtor | | | X | 8,165.97 |
| ACCOUNT NO.<br><br>**J & J Construction Company, Inc.<br>5709 W. 120th St.<br>Alsip, IL 60803** | | H | Potential Guarantor liability of Villas at the Preserve, LLC. | X | | | 3,347.95 |
| ACCOUNT NO.<br><br>**J & N Stone Co.<br>905 E. Waterford<br>Wakarusa, IN 46573** | | H | Potential Guarantor liability of Villas the Preserve, LLC. | X | | | 2,423.40 |
| ACCOUNT NO.<br><br>**Jim Fuentes<br>17256 Oak Park Avenue<br>Tinley Park, IL 60477** | | H | Potential Guarantor Liability of Raycorp. | X | | | 216.04 |
| ACCOUNT NO.<br><br>**Keller Williams<br>821 S. Neil Street<br>Champaign, IL 61820** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 1,408.30 |
| ACCOUNT NO.<br><br>**Kevin Daniels Painting<br>P.O. Box 3261<br>Champaign, IL 61826** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 18,308.80 |

Sheet no. **11** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 34,470.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) Cont.

IN RE **Rayburn, Thomas L.**                                                          Case No. _____
      _____
      Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kuypers Brothers Inc**<br>**19001 S. Wolf Road**<br>**Mokena, IL  60448** | | H | Potential Guarantor liability of Raycorp. | X | | | 30,263.00 |
| ACCOUNT NO.<br>**Kuypers Brothers Inc**<br>**19001 S. Wolf Road**<br>**Mokena, IL  60448** | | H | Potential Guarantory liability of Raycorp (VMW). | X | | | 600.25 |
| ACCOUNT NO.<br>**Kuypers Brothers Inc**<br>**19001 S. Wolf Road**<br>**Mokena, IL  60448** | | H | Potential Guarantor Liability of Villas at the Preserve, LLC | X | | | 7,340.00 |
| ACCOUNT NO.<br>**Lanz Heating & Cooling, Inc.**<br>**Nartell & Barickman, LLP**<br>**2919 Crossing Court, Suite 10**<br>**Champaign, IL  61822** | | H | June 24, 2009 Sub-Contractor's Claim for Mechanic's Lien<br>Raycorp Champaign LLC<br>The Villas at Ashland Farm | | | X | 27,604.74 |
| ACCOUNT NO.<br>**Lanz Heating And Cooling**<br>**24978 E. 200 North Rd.**<br>**Strawn, IL  61776** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC | X | | | 9,894.95 |
| ACCOUNT NO.<br>**LaSalle Bank, N.A. (Bank Of America)**<br>**135 South LaSalle Street**<br>**Chicago, IL  60603** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 99,167.31 |
| ACCOUNT NO.<br>**M&M Digital Printing Service, Inc.**<br>**7238 Benton Drive**<br>**Frankfort, IL  60423** | | H | Potential Guarantor liability of Raycorp (VMW). | X | | | 20.00 |

Sheet no. **12** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **174,890.25**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                                          Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mark Rone Construction** <br>**15261 Eyre Circle** <br>**Plainfield, IL  60544** | | H | **Potential Guarantor liability of Raycorp.** | X | | | 19,434.67 |
| ACCOUNT NO. <br><br>**Maxwell Counters, Inc.** <br>**324 South Plum** <br>**Farmer City, IL  61842** | | H | **Potential Guarantor liabiltiy of Raycorp-Champaign, LLC.** | X | | | 1,051.77 |
| ACCOUNT NO. <br><br>**Mayfield Concrete Construction, LLC** <br>**15332 Manchester Rd., Ste. 218** <br>**Ellisville, MO  63011** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 518.75 |
| ACCOUNT NO. <br><br>**Mayfield Construction LLC** <br>**Harrington & Tock** <br>**201 West Springfield Avenue PO Box 1550** <br>**Champaign, IL  61824-1550** | | H | **Villas at Ashland Farm** <br>**April 20, 2007 contract** <br>**Demand** | | | | 17,256.72 |
| ACCOUNT NO. <br><br>**Mayfield Construction, LLC** <br>**614 Lauterbor Lane** <br>**Champaign, IL  61822** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 13,789.72 |
| ACCOUNT NO. **6004 3005 8055 3995** <br><br>**Menards** <br>**P.O. Box 5219** <br>**Carol Stream, IL  60197** | | H | **Potential Guarantor liabiltiy of Raycorp.** | X | | | 3,462.75 |
| ACCOUNT NO. <br><br>**Meyer Capel** <br>**P.O. Box 6750** <br>**Champaign, IL  61826** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 14,155.23 |

Sheet no. **13** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 69,669.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                           Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Midwest Engineering Services, Inc.**<br>**501 Mercury Drive**<br>**Champaign, IL 61822** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **3,790.00** |
| ACCOUNT NO.<br><br>**Mighty Plumbing**<br>**1504 Montgomery**<br>**Urbana, IL 61802** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **0.00** |
| ACCOUNT NO.<br><br>**Mike Cachey Construction**<br>**11415 West 183rd Place Suite A**<br>**Orland Park, IL 60467** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **18,355.00** |
| ACCOUNT NO.<br><br>**Mike Cachey Construction Company, Inc.**<br>**11415 West 183rd Place Suite A**<br>**Orland Park, IL 60467** | | H | **Potential Guarantor liabiltiy of Villas at the Preserve, LLC.** | X | | | **4,540.00** |
| ACCOUNT NO.<br><br>**Millar-Baskis Construction**<br>**701 Pacesetter**<br>**Rantoul, IL 61866** | | H | **Potential Guarantor liabiltiy of Raycorp-Champaign, LLC.** | X | | | **2,990.70** |
| ACCOUNT NO.<br><br>**MIller Building Systems**<br>**433 E. C.R. 100 N.**<br>**Arcola, IL 61910** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **17,751.62** |
| ACCOUNT NO.<br><br>**Montesano Capital Management, Inc.**<br>**175 Hawthorn Parkway, Ste. 325**<br>**Vernon Hills, IL 60061** | | H | **Potential Guarantor of Raycorp.** | X | | | **4,296.78** |

Sheet no. **14** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **51,724.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                    Case No. _____
           Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Neal, Gerber & Eisenberg, LLP**<br>**2 N. LaSalle Street**<br>**Chicago, IL 60602** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **3,202.50** |
| ACCOUNT NO. **19988424**<br>**Nelnet Loan Services**<br>**3015 S Parker Road, Suite 400**<br>**Indianapolis, IN 46240** | | H | **School loans 1984-1988** | | | | **7,771.00** |
| ACCOUNT NO. **679090516**<br>**Nextel Communications(Sprint)**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **491.38** |
| ACCOUNT NO.<br>**PH Drywall, Inc.**<br>**P.O. Box 537**<br>**Bourbonnais, IL 60914** | | H | **Potential Guarantor Liability of Raycorp.** | X | | | **7,340.00** |
| ACCOUNT NO.<br>**PH Drywall, Inc.**<br>**P.O. Box 537**<br>**Bourbonnais, IL 60914** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | **2,010.00** |
| ACCOUNT NO.<br>**PHD Corporation**<br>**539 Old Oak Drive Suite 4**<br>**Bourbonnais, IL 60914** | | H | **Potential Guarantor liability of Raycorp (VMW).** | X | | | **647.10** |
| ACCOUNT NO.<br>**PHD Corporation**<br>**539 Old Oak Drive Suite 4**<br>**Bourbonnais, IL 60914** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | **3,970.00** |

Sheet no. __15__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **25,431.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rayburn, Thomas L.                                    Case No. _____
_____
        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1958-5104-86-2** <br><br>**Pitney Bowes<br>PO Box 856042<br>Louisville, KY  40207** | | H | **Potential Guarantor liability of Raycorp.** | X | | | 32.99 |
| ACCOUNT NO. <br><br>**Prairieview Landscaping Company<br>1069 CR 900 East<br>Champaign, IL  61822** | | H | **Potential Guarantor liabiltiy of Racorp-Champaign, LLC.** | X | | | 1,167.40 |
| ACCOUNT NO. <br><br>**Profasts, Inc.<br>704 Center Road<br>Frankfort, IL  60423** | | H | **Potential Guarantor liability of Raycorp.** | X | | | 9,667.89 |
| ACCOUNT NO. <br><br>**Profasts, Inc.<br>704 Center Road<br>Frankfort, IL  60423** | | H | **Potential Guarantor liabiltiy of Raycorp (VMW).** | X | | | 252.00 |
| ACCOUNT NO. <br><br>**Profasts, Inc.<br>704 Center Road<br>Frankfort, IL  60423** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | 1,895.50 |
| ACCOUNT NO. <br><br>**Quality Plumbing<br>1009 Boyden<br>Urbana, IL  61801** | | H | **Potential Guarantor liabiltiy of Raycorp-Champaign, LLC.** | X | | | 12,776.00 |
| ACCOUNT NO. **377CHA** <br><br>**Richards Building Supply Co.<br>7030 West 63rd Street<br>Chicago, IL  60638** | | H | **Alleged guarantor of Raycorp, Inc. credit 5/9/2005 Richards Building Supply Co. v. Raycorp, Inc., and Thomas L. Rayburn, No. 09 M5-01249, Circuit Court of Cook County, 5th Municipal District** | | | X | 8,165.97 |

Sheet no. **16** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 33,957.75

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                        Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09-L-41** <br><br> **Rick Jones Construction, Inc.** <br> **Grotevant & Huber** <br> **297 S. Schuyler Avenue, PO Box 2449** <br> **Kankakee, IL  60901** | | H | **Rick Jones Construction Inc. v. Raycorp, Inc., Thomas L Rayburn, No. 09 L 41 21st Judicial Circuit, Kankakee County, IL** | X | | X | **142,846.48** |
| ACCOUNT NO. <br><br> **Rocke Overhead Door** <br> **554 E CR 200N** <br> **Arcola, IL 61910** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **758.80** |
| ACCOUNT NO. <br><br> **Roger A. Glover** <br> **6912 Three Chopt Rd, Suite C** <br> **Richmond, VA  23226** | | H | **Promissory Note 11/15/2007 Raycorp, Inc. co-obligor** | | | | **350,000.00** |
| ACCOUNT NO. <br><br> **Roof Right** <br> **14045 S. Cleveland Ave.** <br> **Posen, IL 60469** | | H | **Potential Guarantor liability of Raycorp (VMW).** | X | | | **1,681.50** |
| ACCOUNT NO. <br><br> **Ruane Construction** <br> **8771 W. Laraway Rd.** <br> **Frankfort, IL  60423** | | H | **Potential Guarantor Liabiltiy of Stonegate, LLC.** | X | | | **29,643.50** |
| ACCOUNT NO. <br><br> **Ruder Communications** <br> **1075 Lesco Road** <br> **Kankakee, IL  60901** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **5,488.88** |
| ACCOUNT NO. <br><br> **Ruder Electric** <br> **1075 Lesco Rd.** <br> **Kankakee, IL  60901** | | H | **Potential Guarantor liabiltiy of Raycorp.** | X | | | **576.35** |

Sheet no. __**17**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **530,995.51**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.** _____    Case No. _____
Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ruder Electric**<br>**1075 Lesco Rd.**<br>**Kankakee, IL 60901** | | H | **Potential Guarantor liability of Raycorp (VMW).** | X | | | **921.50** |
| ACCOUNT NO.<br>**Ruder Electric**<br>**1075 Lesco Rd.**<br>**Kankakee, IL 60901** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **55,028.47** |
| ACCOUNT NO.<br>**Ruder Electric**<br>**1075 Lesco Rd.**<br>**Kankakee, IL 60901** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | **3,223.75** |
| ACCOUNT NO.<br>**Ruder Electric**<br>**1075 Lesco Rd.**<br>**Kankakee, IL 60901** | | H | **Potential Guarantor liability of Heritage Club Villas, LLC.** | X | | | **7,915.44** |
| ACCOUNT NO.<br>**Ruder Electric**<br>**1075 Lesco Rd.**<br>**Kankakee, IL 60901** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC** | X | | | **14,039.58** |
| ACCOUNT NO.<br>**Russell I. Khater**<br>**C/O Dr. Khater**<br>**3620 Timber Crest Drive**<br>**Joliet, IL 60431** | | H | **Guaranty of Payment for Promissory Note of Raycorp, Inc. 5/20/2008** | | | | **300,000.00** |
| ACCOUNT NO.<br>**Service Scrap**<br>**47 W. Irving Park Road**<br>**Roselle, IL 60172** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | **390.00** |

Sheet no. **18** of **22** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **381,518.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Rayburn, Thomas L.**                                          Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Slack Sign & Graphic<br>8404 S. Roberts Rd.<br>Justice, IL  60458** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **288.00** |
| ACCOUNT NO.<br>**Spaceco, Inc.<br>9575 W. Higgins Road<br>Rosemont, IL  60018** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **29,583.50** |
| ACCOUNT NO. **407674562**<br>**Sprint<br>PO Box 219554<br>Kansas City, MO  64121** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **234.55** |
| ACCOUNT NO.<br>**Sprovieri's Custom Counters<br>55 Laura Drive<br>Addison, IL  60101** | | H | **Potential Guarantor liability of Raycorp.** | X | | | **6,343.75** |
| ACCOUNT NO.<br>**Sprovieri's Custom Counters<br>55 Laura Drive<br>Addison, IL  60101** | | H | **Potential Guarantor liability of Raycorp (VMW).** | X | | | **527.95** |
| ACCOUNT NO.<br>**Sprovieri's Custom Counters<br>55 Laura Drive<br>Addison, IL  60101** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC.** | X | | | **397.61** |
| ACCOUNT NO.<br>**Stark Excavating Inc.<br>1805 W. Washington Street<br>Bloomington, IL  61702** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | **10,000.00** |

Sheet no. __**19**__ of __**22**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,375.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rayburn, Thomas L.                                    Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Turfscapes Group<br>P.O. Box 11055<br>Champaign, IL  61826 | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 3,135.82 |
| ACCOUNT NO.<br>Thomas Brothers<br>5762 N. Co. Road 1400<br>Charleston, IL  61920 | | H | Potential Guarantor liability of Raycorp-Champaign, LLC | X | | | 3,241.60 |
| ACCOUNT NO.<br>Travelers<br>Remittance Center<br>Hartford, CT  06183 | | H | Potential Guarantor liability of Raycorp. | X | | | 2,610.37 |
| ACCOUNT NO.<br>Turfscapes Group, The<br>PO Box 11055<br>Champaign, IL  61826 | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 3,135.82 |
| ACCOUNT NO.<br>United City Of Yorkville<br>800 Game Farm Road<br>Yorkville, IL  60560 | | H | Potential Guarantor liability of Villas at the Preserves, LLC | X | | | 18,549.59 |
| ACCOUNT NO.<br>United Floor Covering<br>2001 Essington Rd.<br>Joliet, IL  60431 | | H | Potential Guarantor liabiltiy of Raycorp (VMW) | X | | | 4,931.60 |
| ACCOUNT NO.<br>United Floor Covering<br>2001 Essington Rd.<br>Joliet, IL  60431 | | H | Potential Guarantor liability of Raycorp. | X | | | 9,347.00 |

Sheet no. __20__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 44,951.80

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A873T7**<br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL  60132** | | H | Potential Guarantor liabiltiy of Raycorp. | X | | | 4.39 |
| ACCOUNT NO.<br>**Urbana & Champaign Sanitary District**<br>**1100 E. University Avenue, PO Box 669**<br>**Urbana, IL  61803** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC | X | | | 36.96 |
| ACCOUNT NO.<br>**Village Of Frankfort**<br>**432 West Nebraska Street**<br>**Frankfort, IL  60423** | | H | Potential Guarantor liabiltiy of Raycorp. | | | | 324.93 |
| ACCOUNT NO.<br>**Village Of Minooka**<br>**121 E. McEvilly Road**<br>**Minooka, IL  60447** | | H | Potential Guarantor liability of Dewey Land, LLC. | X | | | 5,631.36 |
| ACCOUNT NO.<br>**Villas at Ashland Farm Condo Association**<br>**16750 S. Oak Park Avenue, Suite 2**<br>**Tinley Park, IL  60477** | | H | Potential Guarantor liability of Raycorp-Champaign, LLC. | X | | | 0.00 |
| ACCOUNT NO. **08 CH 1848**<br>**Villas Messenger Woods Condominium Assn**<br>**Cochrane & Mueller**<br>**20000 Govenors Drive #102**<br>**Olympia Fields, IL  60461** | | H | Villas at Messenger Woods Condominium Association v. Raycorp, Inc., Villas at Messenger Woods LLC<br>No. 08 CH 1848<br>12th Judicial Circuit, Will County<br>Damages proveup 5/26/2009 | X | | | 212,000.00 |
| ACCOUNT NO. **5201-3000-1241-3498**<br>**WFNNB/Gander Mountain MA**<br>**4590 East Broad Street**<br>**Columbus, OH  43213** | | H | Credit card 9/2007 | | | | 0.00 |

Sheet no. ___**21**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **217,997.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rayburn, Thomas L.**                                        Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wilcox Development Group, LLC**<br>**16345 S. Harlem Avenue, Suite 4 SW**<br>**Tinley Park, IL  60477** | | H | **Potential Guarantor liabiltiy of Raycorp.** | X | | | 11,500.00 |
| ACCOUNT NO.<br><br>**Wilkinson Excavation, Inc.**<br>**725 E. LaSalle Street**<br>**Somonauk, IL  60552** | | H | **Potential Guarantor liability of Villas at the Preserve, LLC** | X | | | 16,022.30 |
| ACCOUNT NO.<br><br>**Williams Scotsman**<br>**P.O. Box 91975**<br>**Chicago, IL  60693** | | H | **Potential Guarantor liability of Raycorp-Champaign, LLC.** | X | | | 768.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __22__ of __22__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 28,290.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 2,898,795.38

B6G (Official Form 6G) (12/07)

**IN RE** Rayburn, Thomas L.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Rayburn, Thomas L.**                                                    Case No. _____
                        Debtor(s)                                                                (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Rayburn, Thomas L. _____   Case No. _____
                                      Debtor(s)                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Wife**<br>**Son** | AGE(S):<br>**minor** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | **IL Department of Employment Security** | |
| How long employed | | |
| Address of Employer | **P.O. Box 802551**<br>**Chicago, IL** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ **2,422.33** | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **2,422.33** | $ _____ |
| **4. LESS PAYROLL DEDUCTIONS** | | |
|   a. Payroll taxes and Social Security | $ _____ | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (specify) _____ | $ _____ | $ _____ |
|     _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **2,422.33** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>  (Specify) _____ | $ _____<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **2,422.33** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ **2,422.33**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Rayburn, Thomas L.**                                                                   Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,417.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | | |
|    b. Is property insurance included?  Yes ____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 300.00 |
|    b. Water and sewer | $ | 45.00 |
|    c. Telephone | $ | 172.00 |
|    d. Other | $ | 155.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 1,100.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | 700.00 |
|    c. Health | $ | 674.00 |
|    d. Auto | $ | |
|    e. Other  **Home Auto Umbrella** | $ | 246.00 |
|        **Long Term Disability** | $ | 390.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Real Estate Taxes** | $ | 670.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other  **School Loan** | $ | 186.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Line Of Credit** | $ | 1,000.00 |
|       **Miscellaneous** | $ | 150.00 |
|       **Marriott Annual Fee** | $ | 100.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ 9,665.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 2,422.33 |
|    b. Average monthly expenses from Line 18 above | $ | 9,665.00 |
|    c. Monthly net income (a. minus b.) | $ | -7,242.67 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Rayburn, Thomas L.**                                                                                    Case No. _____
_____
Debtor(s)                                                                                       (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**39** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 24, 2009**          Signature: **/s/ Thomas L. Rayburn**_____
                                                           **Thomas L. Rayburn**                                        Debtor

Date: _____          Signature: _____
                                                                                                         (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                     Case No. _____

Rayburn, Thomas L. _____    Chapter **7** _____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
2,422.33  Unemployment compensation 2/23/2009 -

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rick Jones Construction, Inc. v. Raycorp., Inc., Thomas L. Rayburn, No. 09 L-41** | **Collection action** | **21st Judicial Circuit, Kankakee County, IL** | **Complaint filed 3/16/2009, Projected judgment 9/17/2009** |
| **I.N.R. Beatty Lumber Co, and Fort Poli Millwork Corp. v. Raycorp., Inc., and Thomas L. Rayburn No. 07 M5 2396** | **Collection action** | **Circuit Court of Cook County, IL** | **Judgment 6/5/2009 $78,608.21 joint and several Citation to Discover Assets 7/14/2009** |
| **Blake Hepner v. Thomas L. Rayburn, No. 08 L 11989** | **Collection action** | **Circuit Court of Cook County, IL Chicago** | **Pending** |
| **Richards Building Supply Co. v. Raycorp., INc., and Thomas L. Rayburn, No. 09 M5-01249** | **Collection and purported guarantee** | **Circuit Court of Cook County, 5th Municipal District, Bridgeview, IL** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America C/O Scott E. Jensen 101 N. Wacker Drive, Suite 101 Chicago, IL 60606** | **3/6/2009** | **Route 71 West of Route 47, Yorkville, IL 60560 PIN 05-08-201-002 and 02-05-400-010** |
| **Bank of America v. Villas at the Preserve LLC, Alfred Koplin, Unknown Owners and Nonrecord Claimants No. 09 CH 1344 Sixteenth Judicial Circuit, Kendall County, IL Filed 3/6/2009 Judgment of foreclosue and sale entered 6/26/2009** | | |
| **Bank Of America C/O Joseph P. Chamley 44 Main Street, Suite 310 Champaign, IL 61820** | **5/29/2009** | **Southwest corner of Neil Street and Interstate Drive, Champaign, IL 144 townhomes** |
| **Bank of America v. Raycorp-Champaign, LLC, Conlon Capital, LLC, Connaught Real Estate Finance, LLC, Connaught Mezzaanine Found, L.P., Flooring Surfaces, Inc., Ruder Electric, Inc., Kevin Daniels Painting, INc., Villas at Ashland Farm Condominium Association, Unknown Owners, Nonrecord Claimants, No. 09-CH-192 6th Judicial Circuit, Champaign County, IL Filed 2009** | | |

**Receiver appointed 6/24/2009**

| | | |
|---|---|---|
| **Roger A. Glover** | **12/21/2008** | **25 Untis of Ownership, Interstate** |
| **6912 Three Chopt Rd, Suite C** | | **Development LLC** |
| **Richmond, VA  23226** | | |

**Act of Sale of Ownership Interest dated December 31, 2008 between Debtor as Seller, Roger A. Glover as Buyer, Charmont Baton Rouge LLC and James W. Lowe as Intervenors**

---

### 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Colliers Bennett & Kahnweiler Real Estat** | **Sixth Judicial Circuit,** | **6/24/2009** | **The Villas at Ashland farm,** |
| **C/O Meyer Capel, A Professional Corp** | **Champaign County, IL** | | **Neil Street and Interstate** |
| **306 W Church Street** | | | **Drive, Champaign, IL** |
| **Champaign, IL  61820** | | | |

**Bank of America v. Raycorp-Champaign, LLC, Conlon Capital, LLC, Connaught Real Estate Finance, LLC, Connaught Mezzanine Found, L.P., Flooring Surfaces, Inc., Ruder Electric, Inc., Kevin Daniels Painting, INc., Villas at Ashland Farm Condominium Association, Unknown Owners, Nonrecord Claimants, No. 09-CH-192**
**6th Judicial Circuit, Champaign County, IL**
**Filed 2009**
**Receiver appointed 6/24/2009**

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schain, Burney, Ross & Citron, Ltd.** | **5/1/2009** | **25,000.00** |
| **222 North LaSalle Street, Suite 1910** | | |
| **Chicago, IL  60601** | | |

---

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) DATE | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PRO OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Thomas L. Rayburn Trust**
**709 S See Gwun Avenue**
**Mount Prospect, IL  60056**

June 16, 2000                                                    IRA/401(k) Accounts

---

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **MB Financial Bank** **15 East Prospect Avenue** **Mount Propsect, IL  60056** | **Debtor and spouse** | **Personal papers** | **7/1/2000** |

---

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Raycorp, Inc.** | **36-3964813** | **1749 West Golf Road, #331 Mount Prospect, IL  50056** | **Real estate development** | **7/11/1994-** |
| **100% interest** | | | | |
| **Raycorp-Champaign, LLC** | **20-4212732** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **1/12/2006-** |
| **1% Interest** | | | | |
| **Villas At The Preserve LLC** | **20-2904813** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **NEED DATES** |
| **1% Interest** | | | | |
| **TLR Inc.** | **NEED FEIN** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **NEED DATES** |
| **100% interest** | | | | |
| **Interstate Development, LLC** | **26-2102414F** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **12/1/2002-12/29/2 008** |
| **25 % interest** | | | | |
| **Kagar, LLC** | **20-0436153** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **NEED DATES** |
| **33% interest** | | | | |
| **Champaign Investments, LLC** | **NEED FEIN** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60477** | **Real estate development** | **NEED DATES** |
| **35% interest** | | | | |
| **Browns Mill Partnership** | **61-1424081** | **6912 Three Chopt Road, Suite C Richmond, VA  23226** | **Real estate development** | **12/1/2002-12/29/2 008** |
| **39% interest** | | | | |
| **Minooka Town Centre LLC** | **NEED FEIN** | **16750 S Oak Park Avenue, Suite 2 Tinley Park, IL  60047** | **Real estate development** | **NEED DATES** |
| **45% interest** | | | | |
| **Agrirec Land Company, LLC** | **26-1339816** | **16750 S Oak Park Avenue, Suite 2** | **Real estate development** | **NEED DATES** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Tinley Park, IL  60477

**50% interest**

| | | | | |
|---|---|---|---|---|
| RT Homes, LLC | 04-3675379 | 6912 Three Chopt Road, Suite C Richmond, VA  23226 | Real estate development | 12/1/2002-12/29/2008 |

**50% interest**

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Raycorp, Inc.** | **1749 West Golf Road, #331** **Mount Prospect, IL  50056** |

**100% interest**

| | |
|---|---|
| **Raycorp-Champaign, LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**1% Interest**

| | |
|---|---|
| **Villas At The Preserve LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**1% Interest**

| | |
|---|---|
| **TLR Inc.** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**100% interest**

| | |
|---|---|
| **Interstate Development, LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**25 % interest**

| | |
|---|---|
| **Kagar, LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**33% interest**

| | |
|---|---|
| **Champaign Investments, LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**35% interest**

| | |
|---|---|
| **Browns Mill Partnership** | **6912 Three Chopt Road, Suite C** **Richmond, VA  23226** |

**39% interest**

| | |
|---|---|
| **Minooka Town Centre LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60047** |

**45% interest**

| | |
|---|---|
| **Agrirec Land Company, LLC** | **16750 S Oak Park Avenue, Suite 2** **Tinley Park, IL  60477** |

**50% interest**

| | |
|---|---|
| **RT Homes, LLC** | **6912 Three Chopt Road, Suite C** **Richmond, VA  23226** |

**50% interest**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Warady & Davis LLP** | **2004 to present** |
| **1717 Deerfield Road, Suite 300S** | |
| **Deerfield, IL  60015** | |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Warady & Davis LLP**
**1717 Deerfield Road, Suite 300S**
**Deerfield, IL  60015**

**Debtor**
**709 S See Gwun**
**Mount Prospect, IL  60056**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank Of America** | **2008** |
| **Evans, Froehlich, Beth & Chamley** | |
| **44 Main Street, Suite 310** | |
| **Champaign, IL  61820** | |
| **Bank Of America** | **2008** |
| **C/O Scott E. Jensen** | |
| **101 N. Wacker Drive, Suite 101** | |
| **Chicago, IL  60606** | |
| **Connaught Real Estate Finance LLC** | **2008** |
| **222 North LaSalle Street, Suite 210** | |
| **Chicago, IL  60601** | |
| **BancorpSouth Bank** | **2008** |
| **120 Colony Crossing** | |
| **Madison, MS  39110** | |
| **Minooka Bank** | **2008** |
| **Fifth Third Bank** | **2008** |
| **1701 Golf Road Tower - Seventh Floor** | |
| **Rolling Meadows, IL  60008** | |
| **Strategic Capital Bank** | **2008** |
| **C/O Midland States Bank** | |
| **1608 Broadmoor Drive** | |
| **Champaign, IL  61821** | |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only


None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 24, 2009**      Signature ___*/s/ Thomas L. Rayburn*_____
                                 of Debtor
                                                                        **Thomas L. Rayburn**

Date: _____      Signature _____
                                 of Joint Debtor
                                 (if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Rayburn, Thomas L.
_____          Chapter **7** _____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Astoria Federal Savings** | **Describe Property Securing Debt:**<br>**709 South See Gwun, Mount Prospect, IL** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**3** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**September 24, 2009**_____          **/s/ Thomas L. Rayburn**_____
                                               Signature of Debtor

                                               _____
                                               Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Bank USA N.A.** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase Bank USA N.A.** | **Describe Property Securing Debt:**<br>**709 South See Gwun, Mount Prospect, IL** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Chase/Bank One Card Services** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___1___ of ___3___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Chase/Bank One Card Services** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**GEMB/Sam's Club Duel Card** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Marriott Ownership** | **Describe Property Securing Debt:**<br>**Marriot Timeshare** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Nelnet Loan Services** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered   [✓] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [✓] Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**WFNNB/Gander Mountain MA** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered   [✓] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [✓] Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [ ] Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes  [ ] No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes  [ ] No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                    Case No. _____

Rayburn, Thomas L. _____   Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **145**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **September 24, 2009** _____   */s/ Thomas L. Rayburn* _____
                                           Debtor


                                           _____
                                           Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Rayburn, Thomas L.
709 S See Gwun Avenue
Mount Prospect, IL  60056

American International Companies
22427 Network Place
Chicago, IL  60673

Bank Of America
C/O Scott E. Jensen
101 N. Wacker Drive, Suite 101
Chicago, IL  60606

Schain, Burney, Ross & Citron
222 North LaSalle Street, Suite 1910
Chicago, IL  60601-1102

American National Insulation
1401 W. Ardmore Avenue
Itasca, IL  60143

Bank Of America
Evans, Froehlich, Beth & Chamley
44 Main Street, Suite 310
Champaign, IL  61820

A.W. OPEL Plumbing Company
10049 S. Mande, Unit A
Plainfield, IL  60585-8780

American National Services
1401 W. Ardmore Avenue
Itasca, IL  60143

Bank Of America
4060 Ogletown Stan
Mail Code DES-019
Newark, DE  19713

Adkisson Construction, Inc.
206 N. Parke St.
Tuscola, IL  61953

American Pride Plumbing Heating AC Inc.
2201 S. Cottonwood Road
Urbana, IL  61802

Blake Hepner
C/O Hardt, Stern & Kayne, P.C.
2610 Lake Cook Road, Suite 200
Riverwoods, IL  60015

Alcom Aluminum Components
31 Industrial Road
Addison, IL  60101

ANB Communications
15501 West Lakeview Drive
Manhattan, IL  60442

Boss Construction Inc.
1904 Garnet Drive Unit D
New Lenox, IL  60451

Alfred N. Koplin
C/O Hinsdale Management Corp.
21 Spinning Wheel Road
Hinsdale, IL  60521

Andrew Palmquist
3815 Gray Fox Run
Rockford, IL  61114

Bradco Excavating
17750 Sweitzer Rd.
Elwood, IL  60421

Allied Waste Services #729
P.O. Box 9001154
Louisville, KY  40290-1154

Architectural Spectrum, LLC
201 W. Springfield Ave. P.O. Box 140
Champaign, IL  61824

Builder Homesite, Inc.
11900 RR 620
North Austin, TX  78750

Ameren
P.O. Box 66884
St. Louis, MO  63166

Astoria Federal Savings
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047-8924

Builder's Heating, Inc.
4633 W 138th Street
Crestwood, IL  60445

American Express
P.O. Box 36002
Fort Lauderdale, FL  33336-0002

AT&T
AT&T Bill Payment Center
Saginaw, MI  48663

Builders Insulation
P.O. Box 40
MacFarland, WI  53558

American Fence And Deck Designers
1909 S. Briggs Street
Joliet, IL  60433

BancorpSouth Bank
120 Colony Crossing
Madison, MS  39110

Cal-Sag Plumbing, Inc.
9418 Corsair Road, Units B & C
Frankfort, IL  60423

Callagan Paving
7000 Frontage Road
Burr Ridge, IL  60527

Colbert, Younker & Company, P.C.
Certified Public Accountants
20180 Governors Highway , Suite 308
Olympia Fields, IL  60461

Dean A. Wenz Architects, Inc.
2463 E. Main Street
Bexley, OH  43209

CDS Office Technologies
P.O. Box 3566
Springfield, IL  62708

Coldwell Banker Commercial Devonshire
201 W. Springfield Ave. P.O. Box 140
Champaign, IL  61824

Dennis Madigan Construction
141 Bush Drive
Elwood, IL  60421

Centennial Carpentry
1275 Knollwood Circl
Crystal Lake, IL  60014

Conlon Capital LLC
222 North LaSalle Street, Lobby Level
Chicago, IL  60601

Dewey Land, LLC
16345 South Harlen Avenue, Suite 4SW
Tinley Park, IL  60477

Centrue Bank
310 S Schuyler
P.O. Box 552
Kankakee, IL  60901

Connaught Mezzanine Fund, L.P.
222 North LaSalle Street, Sutie 210
Chicago, IL  60601

DJA Dave Johnson & Associates, LTD.
323 S. Hale Street
Wheaton, IL  60187

Champaign County Collector
P.O. Box 9
Urbana, IL  61803

Connaught Real Estate Finance LLC
222 North LaSalle Street, Suite 210
Chicago, IL  60601

Donavin Support Services
23 Sand Lake Road
Monticello, IL  61856

Chase Bank USA N.A.
P.O. Box 15077
Wilmington, DE  19850-5077

Contractor Services Of Illinois
1655 N. Main Street
Morton, IL  61550

Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH  43219

Cornerstone Architects, Ltd. Inc.
1152 Spring Lake Drive
Itasca, IL  60143

Environmental Solutions, Inc.
435 West Oakdale Avenue Suite 3E
Chicago, IL  60657

Chase/Bank One Card Services
800 Brooksedge Blvd
Westerville, OH  43081

Countertop Of Bloomington, Inc.
701 E. Lincoln Street
Bloomington, IL  61701

Epcon (EPMARK, Inc.)
500 Stonehenge Parkway
Dublin, OH  43017

Chicago Title Insurance Company
201 North Neil Street
Champaign, IL  61820

Crowley Barrett & Karaba LTD
20 S. Clark, Suite 2310
Chicago, IL  60603

Epcon Communities Franchising
500 Stonehenge Parkway
Dublin, OH  43017

Citibank Data Systems Incorporated
100 Citibank Drive
San Antonio, TX  78245

D/S2 Advertising Group, Inc.
10624 Great Egret Dr.
Orland Park, IL  60467

Evans, Mechwart, Hambleton & Tilton Inc
Burman & Robinson
601 South High Street
Columbus, OH  43215

**FED EX**
**P.O. Box 94515**
**Palatine, IL  60094**

**Fifth Third Bank**
**1701 Golf Road Tower - Seventh Floor**
**Rolling Meadows, IL  60008**

**First Midwest Bank**
**Accounts Receivable P.O. Box 4169**
**Itasca, IL  60143**

**Flooring Surfaces, Inc.**
**401 E. Mercury**
**Champaign, IL  61822**

**Fort Poli Millwork**
**10203 W. 191st St.**
**Mokena, IL  60448**

**Gale Insulation**
**P.O. Box 217**
**Lake Village, IN  46349**

**GE Appliances**
**440 Quadrangle Drive**
**Bolingbrook, IL  60440**

**GEMB/Sam's Club Duel Card**
**P.O. Box 981416**
**El Paso, TX  79998**

**Gire Roofing & Construction**
**101 N. Sycamore St.**
**Villa Grove, IL  61956**

**Hampton's Kitchen Appliances**
**7605 N. University**
**Peoria, IL  61614**

**Hamptons Kitchen Appliances**
**7605 N. University**
**Peoria, IL  61614**

**HDC Engineering**
**201 W. Springfield, 3rd Floor PO Box 140**
**Champaign, IL  61824**

**Hoy Landscaping**
**7459 Franklin**
**Forest Park, IL  60130**

**I.N.R. Beatty Lumber Co.**
**C/O Eric M. Johnson, P.C.**
**P.O. Box 6195**
**Elgin, IL  60121-6195**

**Ice Mountain**
**2767 E. Imperial Hwy**
**Brea, CA  92821**

**IDSCO**
**309 Tiffany Ct.**
**Champaign, IL  61822**

**Illinois American Water**
**P.O. Box 5127**
**Carol Stream, IL  60197**

**Illinois Portable Toliets**
**1009 Boyden**
**Urbana, IL  61802**

**Imperial Roofing & Construction**
**1132 Collins Street**
**Joliet, IL  60432**

**Insualtion Dearlers & Supply Company**
**Wagner, Falconer & Judd, Ltd.**
**325 North Corporate Drive, Suite 100**
**Brookfield, WI  53045**

**J & J Construction Company, Inc.**
**5709 W. 120th St.**
**Alsip, IL  60803**

**J & N Stone Co.**
**905 E. Waterford**
**Wakarusa, IN  46573**

**Jim Fuentes**
**17256 Oak Park Avenue**
**Tinley Park, IL  60477**

**Keller Williams**
**821 S. Neil Street**
**Champaign, IL  61820**

**Kevin Daniels Painting**
**P.O. Box 3261**
**Champaign, IL  61826**

**Kuypers Brothers Inc**
**19001 S. Wolf Road**
**Mokena, IL  60448**

**Lanz Heating & Cooling, Inc.**
**Nartell & Barickman, LLP**
**2919 Crossing Court, Suite 10**
**Champaign, IL  61822**

**Lanz Heating And Cooling**
**24978 E. 200 North Rd.**
**Strawn, IL  61776**

**LaSalle Bank, N.A. (Bank Of America)**
**135 South LaSalle Street**
**Chicago, IL  60603**

**M&M Digital Printing Service, Inc.**
**7238 Benton Drive**
**Frankfort, IL  60423**

Mark Rone Construction
15261 Eyre Circle
Plainfield, IL  60544

Mike Cachey Construction
11415 West 183rd Place Suite A
Orland Park, IL  60467

Pitney Bowes
PO Box 856042
Louisville, KY  40207

Marriott Ownership
1200 US Highway 98 S Ste
Lakeland, FL  33801

Mike Cachey Construction Company, Inc.
11415 West 183rd Place Suite A
Orland Park, IL  60467

Prairieview Landscaping Company
1069 CR 900 East
Champaign, IL  61822

Maxwell Counters, Inc.
324 South Plum
Farmer City, IL  61842

Millar-Baskis Construction
701 Pacesetter
Rantoul, IL  61866

Profasts, Inc.
704 Center Road
Frankfort, IL  60423

Mayfield Concrete Construction, LLC
15332 Manchester Rd., Ste. 218
Ellisville, MO  63011

Miller Building Systems
433 E. C.R. 100 N.
Arcola, IL  61910

Quality Plumbing
1009 Boyden
Urbana, IL  61801

Mayfield Construction LLC
Harrington & Tock
201 West Springfield Avenue PO Box 1550
Champaign, IL  61824-1550

Montesano Capital Management, Inc.
175 Hawthorn Parkway, Ste. 325
Vernon Hills, IL  60061

Richards Building Supply Co.
7030 West 63rd Street
Chicago, IL  60638

Mayfield Construction, LLC
614 Lauterbor Lane
Champaign, IL  61822

Neal, Gerber & Eisenberg, LLP
2 N. LaSalle Street
Chicago, IL  60602

Rick Jones Construction, Inc.
Grotevant & Huber
297 S. Schuyler Avenue, PO Box 2449
Kankakee, IL  60901

Menards
 P.O. Box 5219
Carol Stream, IL  60197

Nelnet Loan Services
3015 S Parker Road, Suite 400
Indianapolis, IN  46240

Rocke Overhead Door
554 E CR 200N
Arcola, IL  61910

Meyer Capel
P.O. Box 6750
Champaign, IL  61826

Nextel Communications(Sprint)
P.O. Box 4191
Carol Stream, IL  60197

Roger A. Glover
6912 Three Chopt Rd, Suite C
Richmond, VA  23226

Midwest Engineering Services, Inc.
501 Mercury Drive
Champaign, IL  61822

PH Drywall, Inc.
P.O. Box 537
 Bourbonnais, IL  60914

Roof Right
14045 S. Cleveland Ave.
Posen, IL  60469

Mighty Plumbing
1504 Montgomery
Urbana, IL  61802

PHD Corporation
539 Old Oak Drive Suite 4
Bourbonnais, IL  60914

Ruane Construction
 8771 W. Laraway Rd.
Frankfort, IL  60423

Ruder Communications
1075 Lesco Road
Kankakee, IL  60901

Stategic Capital Bank
2215 York Road, Suite 414
Oak Brook, IL  60523-2335

Village Of Minooka
121 E. McEvilly Road
Minooka, IL  60447

Ruder Electric
1075 Lesco Rd.
Kankakee, IL  60901

The Turfscapes Group
P.O. Box 11055
Champaign, IL  61826

Villas at Ashland Farm Condo Association
16750 S. Oak Park Avenue, Suite 2
Tinley Park, IL  60477

Russell I. Khater
C/O Dr. Khater
3620 Timber Crest Drive
Joliet, IL  60431

Thomas Brothers
5762 N. Co. Road 1400
Charleston, IL  61920

Villas Messenger Woods Condominium
Assn
Cochrane & Mueller
20000 Govenors Drive #102
Olympia Fields, IL  60461

S.C. Villas, LLC
75 Beattie Place
Greenville, SC  29061

Travelers
Remittance Center
Hartford, CT  06183

WFNNB/Gander Mountain MA
4590 East Broad Street
Columbus, OH  43213

Service Scrap
47 W. Irving Park Road
Roselle, IL  60172

Turfscapes Group, The
PO Box 11055
Champaign, IL  61826

Wilcox Development Group, LLC
16345 S. Harlem Avenue, Suite 4 SW
Tinley Park, IL  60477

Slack Sign & Graphic
8404 S. Roberts Rd.
Justice, IL  60458

United City Of Yorkville
800 Game Farm Road
Yorkville, IL  60560

Wilkinson Excavation, Inc.
725 E. LaSalle Street
Somonauk, IL  60552

Spaceco, Inc.
9575 W. Higgins Road
Rosemont, IL  60018

United Floor Covering
2001 Essington Rd.
Joliet, IL  60431

Williams Scotsman
P.O. Box 91975
Chicago, IL  60693

Sprint
PO Box 219554
Kansas City, MO  64121

United Parcel Service
Lockbox 577
Carol Stream, IL  60132

Sprovieri's Custom Counters
55 Laura Drive
Addison, IL  60101

Urbana & Champaign Sanitary District
1100 E. University Avenue, PO Box 669
Urbana, IL  61803

Stark Excavating Inc.
1805 W. Washington Street
Bloomington, IL  61702

Village Of Frankfort
432 West Nebraska Street
Frankfort, IL  60423

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                    Case No. _____

**Rayburn, Thomas L.** _____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**25,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**25,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 24, 2009**_____          _**/s/ Timothy J. McGonegle**_
Date

**Timothy J. McGonegle**
**Schain, Burney, Ross & Citron**
**222 North LaSalle Street, Suite 1910**
**Chicago, IL  60601-1102**
**(312) 332-0200  Fax: (312) 332-4514**
**tmcgonegle@schainlaw.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only